JOSEPH GURSKI, Respondent, *v.* CLAUS DOSCHER, Appellant.

*Gurski* v. *Doscher,* 112 App. Div. 345, affirmed.
(Argued November 22, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Henry F. Cochrane* for appellant.

*Bruce R. Duncan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.